JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Julio Elias F. L.,<br><br>    Plaintiff,<br><br>    v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 2:20-CV-07819 KES<br><br>**JUDGMENT** |

    IT IS HEREBY ADJUDGED that, for the reasons set forth in the Memorandum Opinion and Order, the decision of the Acting Commissioner of the Social Security Administration is affirmed and this action is dismissed with prejudice.

DATED: <u>December 15, 2021</u>

                                                                 *Karen E. Scott*
                                         KAREN E. SCOTT
                                         United States Magistrate Judge